STATE v. JARVIS

No. 70P99

Case below: 131 N.C.App. 702

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999.

STATE v. JOHNSTON

No. 518A97-2

Case below: 127 N.C.App. 563

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 April 1999. Motion by defendant to amend petition for writ of certiorari denied 8 April 1999. Justice Martin recused.

STATE v. SPELLER

No. 61P99

Case below: 132 N.C.App. 135

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 April 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.

STRICKLAND v. BD. OF TRUSTEES OF
    FORSYTH TECH.

No. 82P99

Case below: 132 N.C.App. 136

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999.

TIMMONS v. N.C. DEP'T OF TRANSP.

No. 470PA98-2

Case below: 130 N.C.App. 745

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 April 1999.